

**Law Offices of**
**PHILIP J. DANAHER, ESQ.**
252 Broadway
Rensselaer, New York 12144

Telephone (518) 463-4383                                  Fax (518) 463-4386

June 28, 2010

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York   12207

RE:   Gregory W. Winters and Karen F. Winters
         Chapter 7 Case No. 06-12287

Dear Clerk:

In relation to the above-referenced matter, attached hereto please find Trustee's draft in the amount of $3.44 made payable to the Clerk, U.S. Bankruptcy Court, representing unclaimed funds. The original distribution was as follows:

$3.44 to-
Orthopaedic Associates of Saratoga (Claim no. 6)
5 Care Lane
Saratoga Springs, NY 12866

Very truly yours,

Philip J. Danaher
Chapter 7 Trustee

PJD:lbd
Enclosures