

**Law Offices
of
PHILIP J. DANAHER, ESQ.**
252 Broadway
Rensselaer, New York 12144

Telephone (518) 463-4383                                              Fax (518) 463-4386

November 5, 2010

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York   12207

RE:   Gregory W. Winters and Karen F. Winters
      Chapter 7 Case No. 06-12287

Dear Clerk:

In relation to the above-referenced matter, attached hereto please find Trustee's draft in the amount of $983.95 made payable to the Clerk, U.S. Bankruptcy Court, representing unclaimed funds. The original distribution was as follows:

$110.77 to-
CACH, LLC (Claim no. 12)
370 17th St. Ste. 5000
Denver, CO. 80202

$873.18 to-
CACH, LLC (Claim no. 13)
370 17th St. Ste. 5000
Denver, CO. 80202

Very truly yours,

Philip J. Danaher
Chapter 7 Trustee

PJD:lbd
Enclosures